Fishman, Steven & Lela    09-54228

FILED 2010 AUG 24 PM 1:24 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | $ 3,456.51 | $ 116.70 |
| 4 | American Express Bank FSB | $ 3,993.32 | $ 135.03 |
| 5 | Recovery Management Systems Corporation | $ 3,367.32 | $ 113.69 |
| 6 | Recovery Management Systems Corporation | $ 9,652.42 | $ 325.90 |
| 7 | U.S. Bank N.A. | $ 50,844.17 | $ 1,716.69 |
| 8 | U.S. Bank N.A. | $ 10,554.15 | $ 356.35 |
| 9 | OHIO EDISON | $ 145.68 | $ 4.93 |

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

ck # 1011
receipt # 81714

UST Form 101-7-NFR (9/1/2009) (Page: 4)
09-54228-mss    Doc 29-1    FILED 06/11/10    ENTERED 06/11/10 11:25:10    Page 4 of 5
09-54228-mss    Doc 34    FILED 08/24/10    ENTERED 08/24/10 13:39:10    Page 1 of 1